**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **KEITH E. SONDERLING,** | ) | |
| **Acting Secretary of Labor,** | ) | |
| **United States Department of Labor,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | |
| | ) | 2:26-cv-2199-RMG |
| **v.** | ) | |
| | ) | |
| **SMART COOKIES LLC d/b/a SMART** | ) | |
| **COOKIES EARLY CHILDHOOD** | ) | |
| **CENTER, PAULA MOLAND, an** | ) | |
| **individual, and DEBORAH REID, an** | ) | |
| **individual,** | ) | |
| | ) | **COMPLAINT** |
| **Defendants.** | ) | **(Injunctive Relief Sought)** |
| | ) | |

Plaintiff Keith E. Sonderling, Acting Secretary of Labor, United States Department of Labor, brings this action under Section 217 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA" or "the Act"), to enjoin and restrain Defendants Smart Cookies LLC d/b/a Smart Cookies Early Childhood Center ("Smart Cookies LLC"), Paula Moland, and Deborah Reid (collectively "Defendants") from violating 29 U.S.C. §§ 215(a)(2) and 215(a)(5), including: (a) the restraint of any withholding of overtime compensation found by the court to be due to Defendants' employees; and (b) the restraint of any failure to make, keep, and preserve records of the persons employed by Defendants, including records of the wages, hours-worked, and other employment conditions and practices maintained by Defendants. In addition, Plaintiff brings this action under Section 216 of the FLSA, 29 U.S.C. § 216, to recover unpaid overtime compensation, and an award of an equal amount as liquidated damages, owed to certain employees of Defendants, who, at a minimum, include the individuals listed in the attached Appendix A.

## I.     JURISDICTION AND VENUE

1.     This Court has jurisdiction over this action under 29 U.S.C. §§ 216 and 217, and 28 U.S.C. §§ 1331 and 1345, to enjoin violations of the FLSA, restrain the withholding of back wages due under the FLSA, and award additional amounts equal to back wages due as liquidated damages.

2.     Venue lies in the United States District Court, District of South Carolina, Charleston Division, under 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2).

## II.     DEFENDANTS

3.     Defendant Smart Cookies LLC is a South Carolina corporation licensed to do business in South Carolina, with a principal place of business at 1717 Savannah Highway, Charleston, South Carolina 29407. Since at least July 31, 2022 (the "relevant period"), Defendant Smart Cookies LLC has provided childcare services to patron families of Smart Cookies Early Childhood Center at 1717 Savannah Highway, Charleston, South Carolina 29407.

4.      Defendant Paula Moland was the sole owner of Smart Cookies LLC, who acted directly or indirectly in its interest in relation to its employees, and consequently is an employer within the meaning of § 3(d) of the Act, 29 U.S.C. § 203(d), during the relevant period.

5.     Defendant Deborah Reid is the Operations Director of Smart Cookies LLC. During the relevant period, Defendant Reid operated Smart Cookies LLC and supervised the work of its employees. Defendant Reid exercised managerial control over Defendants' employees and made financial decisions, including setting employee pay rates, on behalf of Smart Cookies LLC, and consequently, is an employer within the meaning of § 3(d) of the Act, 29 U.S.C. § 203(d).

2

### III. SMART COOKIES LLC IS AN ENTERPRISE ENGAGED IN COMMERCE.

6. At all relevant times, Smart Cookies LLC engaged in related activities performed either through unified operation or common control for a common business purpose, which constitutes an enterprise under 29 U.S.C. § 203(r).

7. These activities included owning and operating two day care centers in furtherance of Smart Cookies LLC's business purpose, under 29 U.S.C. § 203(r).

8. At all relevant times, Smart Cookies LLC had an annual gross volume of sales made or business done of not less than $500,000.00

9. At all relevant times, Defendant Smart Cookies LLC accepted for enrollment children from 6 weeks to 5 years in its preschool licensed by the South Carolina Department of Social Services for purposes of providing custodial, educational, or development services.

10. At all relevant times, Defendant Smart Cookies LLC employed staff responsible for providing childcare services.

11. Therefore, Smart Cookies LLC operates as a preschool within the meaning of § 3(s)(1)(B) of the Act (29 U.S.C. § 203(s)(1)(B)).

### IV. DEFENDANTS VIOLATED THE ACT.

12. Defendants' employees were hired by Defendants to provide childcare services.

13. During the relevant period, Defendants did not pay its employees one and a half times their hourly rate for hours worked over 40 in a workweek.

14. During the relevant period, Defendant did not retain records for all of its employees, including details about their hours worked, wages earned, and other pertinent information, for a minimum of three years from the date of their employment termination(s).

#### A. Overtime Provisions.

15. As a result of the conduct described in Paragraphs 6-14, since at least July 31, 2022, Defendants violated 29 U.S.C. §§ 207 and 215(a)(2) by employing employees in an enterprise engaged in commerce or in the production of goods for commerce for workweeks longer than 40 hours without compensating such employees for their hours-worked in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed.

**B. Recordkeeping Provisions.**

16. As a result of the conduct described in Paragraphs 6-14, Defendants repeatedly violated 29 U.S.C. §§ 211 and 215(a)(5), and 29 C.F.R. § 516, by failing to make, keep, and preserve adequate and accurate records of their employees' wages, hours, and other conditions and practices of employment maintained by them, as required by the Act.

17. As a result of the conduct described in Paragraphs 6-14, Defendants failed to keep and preserve payroll records for all employees showing employees' hours worked each day and each workweek, total weekly straight time earnings, total weekly overtime premium pay, total additions to or deductions from wages, total wages paid per pay period, and dates of payments and periods covered by payment, as required under 29 C.F.R. §§ 516.2(a) and 516.5(a).

**PRAYER FOR RELIEF**

Wherefore, cause having been shown, the Plaintiff prays for judgment against Defendants providing the following relief:

(1) For an Order issued under 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with Smart Cookies LLC who receive actual notice of any such Order, from violating 29 U.S.C. §§ 215(a)(2) and 215(a)(5), including the restraint of any withholding of payment

overtime compensation, found by the court to be due to employees (regardless of whether the employees are named in the Schedule A or not);

(2)     Pursuant to § 16(c) of the Act, 29 U.S.C. § 216(c), awarding withheld back wages (overtime wages) for a period of two (2) years prior to the commencement of this action, and an additional equal amount as liquidated damages to employees (as named in Schedule "A") attached hereto and made a part hereof and such other employees as hereafter may be identified and named prior to or at trial);

(3)     For an Order of prejudgment interest on all amounts found to be owed by Defendants under Section 217 of the Act, computed at the underpayment rate established by the Secretary of the Treasury under 26 U.S.C. § 6621; and

(4)     For such other and further relief as may be necessary and appropriate including costs of this action.

Respectfully submitted this 4th day of June 2026.

<div style="margin-left:50%">

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

s/*Beth Drake*
Beth Drake (5598)
Assistant United States Attorneys
1441 Main St., Suite 500
Columbia, SC  29201
(803) 929-3061
Beth.Drake@usdoj.gov

*Attorney for the United States of America*

</div>

Address:

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

(678) 237-0623 (Phone)
(404) 302-5438 (Fax)
gainey.john.o@dol.gov
atl.fedcourt@dol.gov

JONATHAN BERRY
Solicitor of Labor

TREMELLE I. HOWARD
Regional Solicitor

KRISTIN R. MURPHY
Counsel

JOHN O. GAINEY
Trial Attorney

*Counsel for the Acting Secretary of Labor,*
*United States Department of Labor.*

SOL Case No. 25-01200

June 4, 2026